IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIE F. HESS, | No. 03:09-CV-861-AC |
| Petitioner, | ORDER |
| v. | |
| RICK ANGELOZZI, Superintendent,<br>Warner Creek Correctional Facility, | |
| Respondent. | |

Willie F. Hess, Pro Se
#6598452
Warner Creek Correctional Facility
PO Box 1500
Lakeview, OR 97630

    Attorney for Petitioner

Andrew D. Hallman

1 - ORDER

Oregon Department of Justice
CCR Section
1162 Court Street, NE
Salem, OR 97301

      Attorney for Respondent

HERNANDEZ, District Judge:

      Magistrate Judge John Acosta issued a Findings and Recommendation (#55) on June 21, 2011, in which he recommends that the Court deny the Amended Petition for Writ of Habeas Corpus (#46), enter a judgment of dismissal, and deny a Certificate of Appealability. Petitioner Hess timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      I have carefully considered Petitioner Hess's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

      The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation (#55) and, therefore, the Amended Petition for Writ of Habeas Corpus (#46) is denied and a judgment of dismissal is entered. A Certificate of Appealability is also denied because petitioner has not made a substantial showing of the denial of a constitutional right.

2 - ORDER

IT IS SO ORDERED.

DATED this  29th   day of July, 2011.

                                             /s/ Marco Hernandez
                                            MARCO HERNANDEZ
                                            United States District Judge